### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| MARY A. GILMORE | CIVIL ACTION NO. 16-0546 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SPRINGHILL MEDICAL CENTER | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that Springhill's Motion for Summary Judgment (Record Document 19) is **GRANTED** and all claims against Springhill are **DISMISSED WITH PREJUDICE**. The Court holds that the reasons for Gilmore's termination were legitimate, nondiscriminatory reasons rather than pre-textual. Therefore, Gilmore has failed to meet her burden in her race and age discrimination claims against Springhill. Gilmore's retaliation claim also fails as a matter of law because the alleged protected activity occurred after her termination from Springhill.

**IT IS FURTHER ORDERED** that Gilmore's Motion to Strike (Record Document 23) is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 3rd day of May, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT